**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-7196**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERNARD ELLIOTT RICE,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CR-01-49-5-BR, CA-02-169-5-BR)

───────────────

Submitted: September 18, 2002        Decided: October 10, 2002

───────────────

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Jernard Elliott Rice, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jernard Elliott Rice seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000).  We have reviewed the record and conclude on the reasoning of the district court that Rice has not made a substantial showing of the denial of a constitutional right.  See United States v. Rice, Nos. CR-01-49-5-BR; CA-02-169-5-BR (E.D.N.C. July 11, 2002).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  See 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2